UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLARIS EXPERIENCE, LLC
d/b/a POLARIS ADVENTURES

      Plaintiff,

v.                                  CASE NO.

GREATER NORTH SERVICES, LLC
d/b/a GREATER NORTH POWER SPORTS
AND RENTALS, and
VICTOR CAMINATA

      Defendants.
_____

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT A TO THE COMPLAINT UNDER SEAL

This matter came before the Court on Plaintiff Polaris Experience, LLC's ("Plaintiff") Motion for Leave to File Exhibit A to the Complaint Under Seal.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED;**

2. Exhibit A to the Complaint shall remain under seal.

**IT IS SO ORDERED.**

Dated:_____        _____
                                                  US DISTRICT COURT JUDGE